No. 7,091.—GRACE MITCHELL ET AL., RESPONDENTS, *v.* BANKING CORPORATION OF MONTANA ET AL., APPELLANTS.

Decided October 13, 1933.

PER CURIAM.—Pursuant to praecipe of dismissal filed by counsel for appellant Gertrude McStravick, her appeal is dismissed.

*Mr. T. H. MacDonald,* for Appellants.

No. 7,171.—JOHN MANTELL, RESPONDENT, *v.* SULLIVAN GOLD MINING CORPORATION ET AL., APPELLANTS.

Decided October 21, 1933.

PER CURIAM.—Pursuant to stipulation of counsel the appeal herein is dismissed as fully and finally settled on the merits. It is further ordered and adjudged that the principals and sureties on the undertaking on appeal and undertaking by way of supersedeas herein shall be, and the same are hereby, exonerated, discharged and acquitted of any and all liabilities on said undertakings or either of them.

*Mr. C. A. Spaulding* and *Mr. Frank T. Hooks,* for Respondent.

*Messrs. Toomey & McFarland* and *Mr. Fred W. Schmitz,* for Appellants.